# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

American Dairy Queen Corporation,

       Plaintiff,

            Civ. No. 11-358 (RHK/TNL)
            **ORDER**

v.

Guy A. Blume, *et al.,*

       Defendants.

---

Defendants having filed a Motion to Dismiss and a Motion to Strike Answers (Doc. Nos. 34, 37), **IT IS ORDERED** as follows:

1. Plaintiff shall serve and file *one* Memorandum in response to the Motions on or before June 7, 2011; and

2. Defendants may serve and file *one* Reply Memorandum in support of the Motions, if any, on or before June 17, 2011.

**<u>No further submissions (whether by memorandum, letter, affidavit, or otherwise) will be permitted absent further Order of the Court.</u>**

After the foregoing documents have been filed, the Court will advise the parties whether it intends to hold a hearing on the Motions or, rather, whether it will decide the Motions on the papers submitted.

Dated: May 17, 2011        s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge