## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| American Dairy Queen Corporation, | Civil No. 11-358 (RHK/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| Guy A. Blume, Blume Investments, LLC, Royal Professional Solutions, LLC, | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 2, 2011 (Doc. No. 63), together with all the files, records, and proceedings herein, and the undersigned's de novo review of same, **IT IS ORDERED:**

1. Defendants' Objections (Doc. No. 67) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 63) is **ADOPTED**; and

3. Defendants' Motion to Dismiss Plaintiffs Complaint for Lack of Subject Matter Jurisdiction and Improper Venue and Dismiss Case as Frivolous Lack of Standing (Doc. No. 34) is **DENIED**;

4. Defendants' Motion to Strike Answers (Doc. No. 37) is **DENIED WITHOUT PREJUDICE**; and

5.  Pursuant to the Order to Show Cause (Doc. No. 48), the Clerk of Court is directed to **ENTER DEFAULT** against Defendants Blume Investments, LLC and Royal Professional Solutions, LLC under Fed. R. Civ. P. 55(a).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 11, 2012

> s/Richard H. Kyle
> RICHARD H. KYLE
> United States District Judge