## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

American Dairy Queen Corporation,

                    Plaintiff,

                                      Civ. No. 11-358 (RHK/TNL)
                                      **ORDER**

v.

Guy A. Blume, *et al.*,

                    Defendants.

---

This matter is before the Court on Defendant Guy A. Blume's Objections (Doc. No. 123) to Magistrate Judge Leung's May 9, 2012 Order (Doc. No. 121) striking his Answer and Counterclaim.  Pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule 72.2(a), the Court must set aside those portions of Judge Leung's Order that are "clearly erroneous or contrary to law."  Having carefully reviewed the Order and the memoranda submitted in connection with the Objections thereto, and being sufficiently advised of the prior proceedings in this action, the Court concludes that the Order is neither clearly erroneous nor contrary to law.[1]  Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Objections (Doc. No. 123) are **OVERRULED** and the Order (Doc. No. 121) is **AFFIRMED**.

Date:  June 1, 2012                                    s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                 United States District Judge

---

[1] Moreover, had the Court conducted a *de novo* review of Judge Leung's Order, it would have reached the same result.