**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| American Dairy Queen Corporation, | Civil No. 11-358 (RHK/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| Guy A. Blume, et al., | |
| Defendants. | |

---

Before the Court is the July 29, 2013 Report and Recommendation of United States Magistrate Judge Tony N. Leung; timely objections have been interposed by Defendant Guy Blume.  The Court has conducted the required de novo review of the recommendation of Judge Leung, the Objections thereto, and all of the files, records and proceedings in this matter.  That review establishes that the Report and Recommendation is fully supported by the factual record before Judge Leung and his recommendation is supported by applicable legal authorities.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

    1.  Defendant Blume's Objections (Doc. No. 308) are **OVERRULED**;

    2.  The Report and Recommendation (Doc. No. 307) is **ADOPTED**;

    3.  American Dairy Queen Corporation's Motion to Establish Damages (Doc. No. 287) is **GRANTED**;

    4.  The Clerk of Court shall enter judgment against Defendant Guy A. Blume and in favor of Plaintiff American Dairy Queen Corporation in the sum of Seventeen Thousand Thirty-Three Dollars and Seventy Seven Cents ($17,033.77);

5.  American Dairy Queen Corporation's claims against Defendants Blume Investments, LLC and Royal Professional Solutions, LLC are **DISMISSED WITH PREJUDICE**; and

6.  All of Defendant Blume's remaining outstanding Motions are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 13, 2013

s/Richard H. Kyle<br>RICHARD H. KYLE<br>United States District Judge